Zoho Sign Document ID: 2A9CE130-6MF130LZ7EFBIDG3MB4ZAXAMCGZU-DLKFL2QSEQLIRS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DEEP VISION ARCHITECTS, INC., <br><br> *PLAINTIFF*, <br><br> V. <br><br> VIRTUOSO, LTD., <br><br> *DEFENDANT*. | CASE NO. 4:22-CV-01046-O <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Deep Vision Architects, Inc. ("Deep Vision") and Defendant Virtuoso, Ltd. ("Virtuoso"), through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismiss with prejudice all claims asserted in the instant action, specifically including Deep Vision's request for declaratory relief as to Virtuoso and Virtuoso's counterclaims against Deep Vision. The Parties have entered into a settlement agreement resolving the underlying issues in the above-captioned case.

The Parties stipulate and agree that each will bear its own attorneys' fees, costs, and expenses in this matter.

Zoho Sign Document ID: 2A9CE130-6MF130LZ7EFBIDG3MB4ZAXAMCGZU-DLKFL2QSEQLIRS

Dated: February 15, 2024                     Respectfully submitted,

*/s/Darin M. Klemchuk*
Darin M. Klemchuk
Bar No. 24002418
darin.klemchuk@klemchuk.com
Mandi M. Phillips
Bar No. 24036117
mandi.phillips@klemchuk.com
Brian Casper
Bar No. 24075563
brian.casper@klemchuk.com
**KLEMCHUK PLLC**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

Stevan Lieberman (pro hac)
**GREENBERG & LIEBERMAN, LLC**
1775 Eye St., NW Suite 1150
Washington, D.C. 20006
P. 202.625.7000
F. 202.625.7001
stevan@aplegal.com

**ATTORNEYS FOR PLAINTIFF DEEP VISION ARCHITECTS, INC.**


*/s/ Shannon W. Bates*
Shannon W. Bates
Bar No. 24027286
shannon.bates@harperbates.com
Scott L. Harper
Bar No. 00795038
scott.harper@haperbates.com
Laura A. Brock
Bar No. 24053937
laura.brock@harperbates.com
Jordyn E. Hendrix
Bar No. 24120359
jordyn.hendrix@harperbates.com

Zoho Sign Document ID: 2A9CE130-6MF130LZ7EFBIDG3MB4ZAXAMCGZU-DLKFL2QSEQLIRS

**HARPER & BATES LLP**
1717 Main Street, Suite 3550
Dallas, Texas 75201
(214) 238-8400 Main
(214) 238-8401 Fax

**COUNSEL FOR DEFENDANT VIRTUOSO, LTD.**

Zoho Sign Document ID: 2A9CE130-6MF130LZ7EFBIDG3MB4ZAXAMCGZU-DLKFL2QSEQLIRS

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service were served a copy of this document through this Court's CM/ECF system and pursuant to the local rules on February 15, 2024.

>*/s/ Darin M. Klemchuk*
> Darin M. Klemchuk